UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

                                         Case No.  10-58858-TJT

WEGENER, TOBY K                    Chapter 7

                                         Judge:  THOMAS J. TUCKER

                Debtor.

_____/

### Notice of Unclaimed Dividend

TO THE CLERK OF THE COURT:

The attached check in the amount of $653.75 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

Creditor Name:
 Roundup Funding, LLC

Claim No.
1

Dividend Amount
$653.75

Dated: 08/29/2011                    /s/ Douglas Ellmann
                                    Douglas S. Ellmann, Trustee
                                    Ellmann & Ellmann, P.C.
                                    308 West Huron
                                    Ann Arbor, MI 48103
                                    (734) 668-4800
                                    dse@ellmannlaw.com